CITY OF NEWARK, ET AL. v. ESSEX COUNTY BOARD OF CHOSEN FREEHOLDERS, ET AL.

November 7, 1988.

The Court having been informed by the City of Newark that as a part of a settlement agreement among the parties, the City wishes to withdraw its appeal before this Court, and good cause appearing;

It is ORDERED that the within appeal is dismissed. (See 110 *N.J.* 298). (Case below: 221 *N.J.Super.* 558).

W.V. PANGBORNE & CO., INC. v. NEW JERSEY DEPARTMENT OF TRANSPORTATION.

November 7, 1988.

Petition for certification granted. (See 226 *N.J.Super.* 367)

STATE OF NEW JERSEY v. KEITH MATULEWICZ.

November 7, 1988.

Leave to appeal is granted.